Mary Jo O'Neill, AZ Bar No. 005924
Sally C. Shanley, AZ Bar No. 012251
T. Diana Chen, AZ Bar No. 021706
Equal Employment Opportunity Commission
3300 N. Central Ave., Suite 690
Phoenix, Arizona   85012
Telephone:  602-640-5033
Fax:  602-640-5009
Email:  Mary.Oneill@eeoc.gov
           Sally.Shanley@eeoc.gov
           Diana.Chen@eeoc.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CV |
| Plaintiff, | **COMPLAINT**<br>**(JURY TRIAL DEMANDED)** |
| vs. | |
| WATTEL & YORK, LLC, an Arizona corporation, | |
| Defendant. | |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991, 42 U.S.C. § 1981a against Defendant Wattel & York, LLC("Defendant" or "Wattel"), to correct unlawful employment practices on the bases of sex and pregnancy and to provide appropriate relief to Emily Fakhouri, who was adversely affected by such practices.  The Equal Employment Opportunity Commission ("EEOC" or "Commission") alleges that Defendant subjected Ms. Fakhouri to different terms and conditions of employment because of her sex and pregnancy.  The Commission further alleges that Defendant terminated the employment of Ms. Fakhouri because of her sex and pregnancy.

**JURISDICTION AND VENUE**

1.  Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to Section 706 (f)(1) and (3)  of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3); and Section 102  of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.  The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Arizona.

**PARTIES**

3.  Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. §2000e-5(f)(1) and (3).

4.  Defendant Wattel & York, LLC, an Arizona corporation, has continuously been doing business in the state of Arizona and the City of Glendale and has at all relevant times had at least fifteen employees.

5.  At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Section 701(b), (g) and (h) of Title VII, 42 U.S.C. § 2000e (b), (g) and (h).

**STATEMENT OF CLAIMS**

6.  More than thirty days prior to the institution of this lawsuit, Charging Party Emily Fakhouri filed a Charge of Discrimination with the Commission, alleging that Defendant violated Title VII.  All conditions precedent to the institution of this lawsuit have been fulfilled.

7.  Charging Party Emily Fakhouri was employed by Defendant in Glendale, Arizona as a paralegal and/or legal assistant.

8. Since at least January 2007, Defendant has engaged in unlawful employment practices at its Glendale, Arizona facility in violation of Section 703 (a) of Title VII, 42 U.S.C. § 2000e-2(a).  Defendant subjected Emily Fakhouri to different terms and conditions of employment because of her sex and pregnancy, and terminated the employment of Ms. Fakhouri because of her sex and pregnancy.

9. The effect of the practices complained of in paragraph 8 above has been to deprive Emily Fakhouri of equal employment opportunities and otherwise adversely affect her status as an employee because of her sex and pregnancy.

10. The unlawful employment practices complained of in paragraphs 8 above were intentional.

11. The unlawful employment practices complained of in paragraph 8 above were done with malice or with reckless indifference to the federally protected rights of Emily Fakhouri.

## **PRAYER FOR RELIEF**

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in discrimination on the bases of sex or pregnancy.

B. Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for female and pregnant applicants and employees and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant to make whole Emily Fakhouri  by providing appropriate back pay with prejudgment interest in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to rightful place reinstatement or front pay.

D. Order Defendant to make whole Emily Fakhouri by providing compensation for past and future pecuniary losses resulting from the unlawful

employment practices described in paragraphs 8-9 above, including but not limited to costs incurred for obtaining subsequent employment, in amounts to be determined at trial.

    E.    Order Defendant to make whole Emily Fakhouri by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices described in paragraphs 8-9 above, including emotional pain, suffering, inconvenience, mental anguish, and loss of enjoyment of life, in amounts to be determined at trial.

    F.    Order Defendant to pay Emily Fakhouri punitive damages for its malicious conduct and/or reckless indifference described and referenced in paragraphs 8-11 above in amounts to be determined at trial.

    G.    Grant such further relief as the Court deems necessary and proper in the public interest.

    H.    Award the Commission its costs in this action.

## JURY DEMAND

The Commission requests a trial by jury on all questions of fact raised by its complaint.

DATED this 30th day of September, 2008.

    RONALD S. COOPER  
    General Counsel

    EQUAL EMPLOYMENT  
    OPPORTUNITY COMMISSION  
    1801 L Street, N.W.  
    Washington, D.C.  20507

    s/ Mary Jo O'Neill_____  
    MARY JO O'NEILL  
    Regional Attorney

    s/Sally Shanley_____  
    SALLY C. SHANLEY  
    Supervisory Trial Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

          s/T. Diana Chen_____
          T. DIANA CHEN
          Trial Attorney

          EQUAL EMPLOYMENT
          OPPORTUNITY COMMISSION
          Phoenix District Office
          3300 N. Central Ave., Suite 690
          Phoenix, Arizona  85012
          (602) 640-5033
          Attorneys for Plaintiff